# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Younge, John M. | U.S. District Court, E.D. Pennsylvania | 07/23/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

601 Market Street
Philadelphia, PA 19106

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judge | Court of Common Pleas, First Judicial District of Pennsylvania |
| 2. | Director | West Philadelphia Community Mental Health Consortium |
| 3. | Director | New Life Credit Union |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Pennsylvania State Employees Retirement System Defined Pension Plan (no control) |
| 2. | 1995 | Redevelopment Authority of the City of Philadelphia Defined Pension Plan (no control) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Younge, John M. | 07/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Administrtative Office of Pennsylvania Courts (salary) | $104,067.64 |
| 2. | 2019 | Pennsylvania State Employees Retirement System Defined Pension Plan | $37,117.92 |
| 3. | 2019 | Redevelopment Authority of the City of Philadelphia (pension) | $17,490.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Bala Nursing and Rehabilitation Center (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑    NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Younge, John M. | 07/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae | Educational Loans | M |
| 2. | Nationstar Mortgage Company | Mortgage on Rental Property #1 | L |
| 3. | New York Life Insurance Company | Whole Life Insurance Policy Loans | K |
| 4. | Payoff Loan Company | Personal Consolidation Loan | K |
| 5. | Lending Club Loan Company | Personal Consolidation Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| **Younge, John M.** | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSSETS (H) | | | | | | | | | |
| 2. PHILADELPHIA FEDERAL CREDIT UNION (cash) | A | Interest | J | T | | | | | |
| 3. APPLE FEDERAL CREDIT UNION (cash) | A | Interest | J | T | | | | | |
| 4. OMEGA PSI PHI FEDERAL CREDIT UNION (cash) | A | Interest | J | T | | | | | |
| 5. NEW LIFE CREDIT UNION (cash) | A | Interest | J | T | | | | | |
| 6. PNC BANK (cash) | A | Interest | J | T | | | | | |
| 7. CITIZENS BANK (cash) (Y) | | | | | | | | | |
| 8. NEW YORL LIFE INSURANCE WHOLE LIFE POLICY | A | Interest | J | T | | | | | |
| 9. RENTAL PROPERTY #1, PHILADELPHIA, PA | D | Rent | M | W | | | | | |
| 10. REALVEST LLC | A | Distribution | J | U | | | | | |
| 11. IRA #1 (H) | | | | | | | | | |
| 12. CHARLES SCHWAB BANK SWEEP (cash) | A | Interest | N | T | Open | 10/01/19 | N | | |
| 13. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 14. TD AMERITRADE CASH MANAGEMENT (IDA) (cash) | A | Interest | K | T | | | | | |
| 15. PRINCIPAL EXCHANGE-TRADED FDS PRIN PRICE INDX ETF (PSET) | | None | J | T | Buy | 10/07/19 | J | | |
| 16. | | | | | Buy (add'l) | 11/08/19 | J | | |
| 17. | | | | | Buy (add'l) | 12/05/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Younge, John M.** | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. VANGUARD VNG RUS1000 GRW ETF (VONG) | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 19. | | | | | Buy (add'l) | 10/29/19 | J | | |
| 20. | | | | | Buy (add'l) | 11/08/19 | J | | |
| 21. BERKSHIRE BK PTTSFIELD MA CD (084601WH2) | | None | K | T | Buy | 10/07/19 | K | | |
| 22. AMERICAN CENTURY DISCIPLINED GROWTH INVESTOR (ADSIX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 23. | | | | | Buy (add'l) | 10/29/19 | J | | |
| 24. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 25. CAPITAL ONE SHAREBUILDER (cash) (Y) | | | | | | | | | |
| 26. AMERICAN CENTURY GROWTH FUND (ADSIX) | A | Dividend | J | T | | | | | |
| 27. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 28. CHARLES SCHWAB BANK SWEEP (cash) (Y) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Younge, John M.** | 07/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Watermark Retirement Communities 401k Plan is not reportable in this cycle.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Younge, John M. | 07/23/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John M. Younge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544